# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-1556

———————————————

JAMES FLOYD,

Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Appellee.

———————————————

On appeal from the Florida Commission on Offender Review.
Melinda N. Coonrod, Commissioner.

November 9, 2023

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

James Floyd, pro se, Appellant.

Rana Wallace, General Counsel, Tallahassee, for Appellee.